IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FIRAS HASSAN ALNABHANI, | § § § | |
| *Plaintiff,* | § § § | SA-26-CV-02748-FB |
| vs. | § § § | |
| MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ACTING DIRECTOR, U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES; | § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER SETTING IN-PERSON EVIDENTIARY HEARING**

Before the Court in the above-styled cause of action is Petitioner's Petition for Writ of Habeas Corpus [#1]. The District Court referred this case to the undersigned for all pretrial proceedings on May 18, 2026. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A). Having reviewed Petitioner's Petition, Federal Respondents' Response [#4], and Petitioner's Reply [#5], the Court finds that an evidentiary hearing is warranted in this case.

**IT IS THEREFORE ORDERED** that an in-person evidentiary hearing on Petitioner's Petition for Writ of Habeas Corpus is set on **June 11, 2026, at 2:00 p.m.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. The courtroom for the hearing

1

will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing as they will display the assigned courtroom information.  The parties should be prepared to discuss the Petition, response, and reply as well as any potential evidentiary issues.

Petitioner's presence is necessary for the Evidentiary Hearing.  Because Petitioner is currently incarcerated at the South Texas ICE Processing Center in Pearsall, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

**IT IS SO ORDERED.**

SIGNED this 27th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2